UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00470 SOM |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT |
| | ) | GREGORY SCHER'S MOTION FOR |
| vs. | ) | EARLY TERMINATION OF |
| | ) | PROBATION |
| GREGORY SCHER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER DENYING DEFENDANT GREGORY SCHER'S
### MOTION FOR EARLY TERMINATION OF PROBATION

Defendant Gregory Scher has moved for early termination of probation. The court denies his motion.

Scher pled guilty to having made a false statement in a passport application. In January 2014, this court sentenced him to a three-year probation term, which included a period of intermittent confinement at the Federal Detention Center. While cognizant of his health issues and of his assistance with the Probation Office's development of an Electronic Reporting System, this court declines to cut his probation term short at this point.

In denying his motion, the court is focusing on his extensive criminal history. Although in Criminal History Category II, Scher amassed about twenty convictions between ages 18 and 52. The present case involves criminal conduct occurring when he was 60 years old, suggesting that age has not caused Scher to abandon criminal activity.

Among his prior convictions are convictions for crimes involving stealing and deception, as well as violence. Apart from his convictions, he has had numerous arrests for violent crimes, including for domestic violence when he was 60. The court is not, of course, deeming him to have been guilty of matters for which he was arrested but not convicted, but the lengthy report of involvement with law enforcement causes this court to be cautious at this time.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 12, 2015.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Gregory Scher, CR. NO. 13-00470 SOM, ORDER DENYING DEFENDANT GREGORY SCHER'S MOTION FOR EARLY TERMINATION OF PROBATION